**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FIRST APPEARANCE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 01-164(2) MJD |
| | ) | Date: 12/05/06 |
| Mario Alberto Trevino (2), | ) | Court Reporter: None |
| | ) | Tape Number: 30/2270-3561 |
| Defendant. | ) | Time Commenced: 1:55 p.m. |
| | ) | Time Concluded: 2:00 p.m. |
| | ) | Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: David Genrich, Assistant U.S. Attorney
Defendant: Caroline Durham,

√ To Be Appointed

Interpreter / Language: Adriana Trevino / Spanish

Date Charges Filed: 05/12/06 Offense: Violation of Supervised Release

on Warrant for Violation of √ Supervised Release

√ Waived Reading of Charges √ Advised of Rights

√ Government moves for detention:

Motion is √ granted, temporary detention ordered.

Next appearance date is Thursday, December 7, 2006 at 10:00 a.m. before U.S. Magistrate Judge Janie S. Mayeron for:

√ detention hrg √ preliminary revocation

Additional Information:

______s/AR______
Criminal Duty Clerk