**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 01-164(2) MJD |
| | ) | Date: 12/07/06 |
| Mario Alberto Trevino (2), | ) | Court Reporter: None |
| | ) | Tape Number: 32/1480-1583 |
| Defendant. | ) | Time Commenced: 10:05 a.m. |
| | ) | Time Concluded: 10:10 a.m. |
| | ) | Time in Court: 5 Minutes |

√ **PRELIMINARY REVOCATION / DETENTION HRG**

APPEARANCES:

Plaintiff: David Genrich, Assistant U.S. Attorney
Defendant: Reggie Aligada,
√ FPD

Interpreter / Language: Adriana Trevino / Spanish

On Warrant for Violation of √ Supervised Release

√ Defendant Ordered Detained - Government to submit proposed Order.

Additional Information:
Defendant waived both preliminary revocation hearing and detention hearing. Final revocation hearing date is Thursday, January 4, 2007 at 11:00 a.m. before Judge Michael J. Davis.

_s/AR____
Criminal Duty Clerk