UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-164(2)(MJD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARIO ALBERTO TREVINO,<br>Defendant. | ) | ORDER FOR DETENTION PENDING FINAL REVOCATION HEARING |

This matter came before the Court for a consolidated preliminary and detention hearing on a Petition for Revocation of Supervised Release in the above-captioned matter. Defendant was present and represented by Assistant Federal Public Defender Reggie Aligada, Esq. The United States was represented by Assistant United States Attorney David M. Genrich.

Defendant, through counsel, waived a preliminary hearing on the alleged supervised release violation. The government persisted in its motion for detention, and defendant did not oppose the government's motion for continued temporary detention pending a final revocation hearing.

A final revocation hearing has been set for Thursday, January 4, 2007, at 11:00 a.m. before the Honorable Judge Michael J. Davis.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion of the United States for continued temporary detention of defendant is granted;

2. A final revocation hearing is set in this matter before the Honorable Judge Michael J. Davis on January 4, 2007, at 11:00 a.m.;

3. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending trial;

4. Defendant shall be afforded reasonable opportunity to consult privately with his lawyer; and

5. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which the defendant is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding, including in connection with the January 4, 2007, hearing referenced in paragraph 2 above.

Dated: December 8, 2006

s/Janie S. Mayeron
The Honorable Janie S. Mayeron
United States Magistrate Judge
District of Minnesota