A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED

# UNITED STATES DISTRICT COURT

DEC 7 2006

## District of Minnesota

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 01-164(2) MJD**

0641-0414-0722-D

Mario Alberto Trevino

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Mario Alberto Trevino

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Michael J. Davis, United States District Court Judge.

Jackie Ellingson

(By) Jackie Ellingson, Deputy Clerk

April 14, 2006 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 12-5-06
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA

SCANNED
DEC 08 2006
U.S. DISTRICT COURT MPLS