UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA, NOTICE OF APPEARANCE

Plaintiff,

vs.

Mario Alberto Trevino, Case No. 01-164(2) MJD

Defendant.

Pursuant to Rule 83.7(b) of the Local Rules of United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Cean F. Shands shall appear as retained counsel of record for the above named defendant in this case.

Dated: December 29, 2006

/s Cean F. Shands

Cean F. Shands
295 Marie Avenue East
West St. Paul, MN 55118
(651) 552.6088
Attorney Reg. No. 0251288