UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Criminal No. 01-164(2) MJD/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION TO WITHDRAW |
| | ) | |
| MARIO ALBERTO TREVINO, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned attorney hereby moves the Court to permit counsel, Reynaldo Aligada of the Office of the Federal Defender, to withdraw from his case. Counsel moves to withdraw because Mr. Trevino has hired private counsel, Cean F. Shands, who has filed a notice of appearance in this matter.

Dated: January 3, 2007

Respectfully submitted,

***s/ Reynaldo A. Aligada, Jr.***

REYNALDO A. ALIGADA, JR.
Attorney ID No. 319776
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415