OFFICE OF THE

**FEDERAL DEFENDER**

**District of Minnesota**

107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

KATHERIAN D. ROE
Federal Defender

ANDREW H. MOHRING
First Assistant Defender

ANDREA K. GEORGE
Senior Litigator

SCOTT F. TILSEN
Senior Assistant Defender

KATHERINE MENENDEZ
MANNY K. ATWAL
LYONEL NORRIS
CAROLINE DURHAM
REGGIE ALIGADA
Assistant Defenders

TIM W. TREBIL
MIKE KAULFUSS
Investigators

January 10, 2007

Honorable Michael J. Davis
United States District Judge
Suite 14E, U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: United States v. Mario Trevino
Criminal No. 01-164

Dear Judge Davis:

Please be advised that I am withdrawing the Motion to Withdraw as Attorney which was filed in CM-ECF on January 3, 2007 (document 73). This motion was filed in error.

Sincerely,

***s/ Reggie Aligada***

REGGIE ALIGADA
Assistant Federal Defender

RAA:jrp