IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Mario Alberto Trevino,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Michael J. Davis
U.S. District Judge

Case No: 01-cr-164 MJD/SRN 2
Date: January 18, 2007
Court Reporter: Lori Simpson
Tape Number:
Time Commenced: 03:15 p.m.
Time Concluded: 03:55 p.m.
Time in Court: 40 Minutes

## APPEARANCES:

Plaintiff: Joe Dixon, Assistant U.S. Attorney
Defendant: Cean Shands 9 FPD 9 CJA : Retained 9 To be appointed

Interpreter Marianne McEvoy Language: Spanish

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

Matter continued with sentencing hearing on 07-cr-14MJD
: Defendant remanded to custody of the U.S. Marshal.

s/Susan Schempf
Judicial Assistant