**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FINAL REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>Mario Alberto Trevino (2),<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: Michael J. Davis<br>U.S. District Judge<br><br>Case No: 01-cr-164 (2) (MJD/SRN)<br>Date: July 25, 2007<br>Court Reporter: Lori Simpson<br>Time Commenced: 1:50 p.m.<br>Time Concluded: 2:00 p.m.<br>Time in Court: 10 Minutes |

## APPEARANCES:

Plaintiff: Joseph Dixon, III, Assistant U.S. Attorney
Defendant: Cean Shands, Retained Attorney

Interpreter / Language: Marianne McEvoy / Spanish

## PROCEEDINGS:

☒ **Revocation of Supervised Release - Final Hearing.**
☒ Defendant admits allegations.

## ORDERED:

☒ Defendant remanded to custody of the U.S. Marshal.
☒ Defendant is sentenced to 6 months to the care and custody of the BOP to be served concurrent with the new sentence given in criminal case 01-cr-15 (1) (MJD). No supervised release.
☒ Written order to be issued.

Date: July 25, 2007

s/KW
Calendar Clerk to Judge Michael J. Davis