# United States District Court

**District of Minnesota**

UNITED STATES OF AMERICA
v.
**Mario Alberto Trevino (2)**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **01-cr-164 (2) (MJD/SRN)**
USM Number: **09940-041**
Social Security Number: **3152**
Date of Birth: **1982**

**Cean Shands**
Defendant's Attorney

**THE DEFENDANT:**

[**X**] admitted guilt to violation of Mandatory and Special conditions of supervision.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | The defendant shall not commit another federal, state, or local crime. | 9/20/04 |
| Special Condition | The defendant shall comply with the rules and regulations of the Immigration and Naturalization Service and, if deported from this country, either voluntarily or involuntarily, not re-enter the United States illegally. Upon re-entry to the United States during the period of court-ordered supervision, the defendant shall report to the U.S. Probation Office within 72 hours. | 3/23/06 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

July 25, 2007
Date of Imposition of Judgment

s/Michael J. Davis
Signature of Judge

**MICHAEL J. DAVIS**, United States District Judge
Name & Title of Judge

July 27, 2007
Date

DEFENDANT: MARIO ALBERTO TREVINO
CASE NUMBER: 01-CR-164 (MJD/SRN)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 months. Should be served concurrently with any other sentences**.

[X] The court makes the following recommendations to the Bureau of Prisons:
**In a facility located in Minnesota.**

[X] The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on ________________ to ________________________

at ____________________ , with a certified copy of this judgment.

________________________
United States Marshal

By ________________________
Deputy United States Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall not serve any supervised release time.